# EXHIBIT 1

Adverse Report on John Doe, M.D.
submitted to and maintained by NPDB

**(Filed Under Seal)**