# EXHIBIT 2

Dispute Resolution Decision by
DHHS dated July 31, 2018

**(Filed Under Seal)**