# EXHIBIT 3

Dispute Resolution Reconsideration Decision
by DHHS dated March 28, 2019

**(Filed Under Seal)**