**EXHIBIT INDEX**

| Number | Title |
|---|---|
| Motion Exhibit 1 | Publication from website for National Practitioner Data Bank, Health Resources Services Administration, U.S. Dept. of Health & Human Services, July 30, 2019 |
| Motion Exhibit 2 | <u>Doe v. Rodgers</u>, Case No. 1:12-cv-01229-TFH (Consent Motion to File Under Seal dated Jan. 28, 2013) |