

# When do reports expire in the NPDB?

Reports in the NPDB do not expire. Information reported to the NPDB is maintained permanently, unless it is corrected or voided from the NPDB by the reporting entity or by the NPDB as a result of the Dispute Resolution process.

## Other Questions You May Find Helpful

- Can I have my report changed or removed?
- What are my options if I want to respond to a report?
- The entity that reported me submitted the report more than 30 days after they took their action. Does that mean they should not have reported it to the NPDB?

## Related Resources

- About Responding to Reports
- How to Submit a Statement
- How to Dispute a Report

**MotionExhibit 1**