THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JUDITH RODGERS, M.H.A., *et al.*, <br><br> Defendants. | Civil Action No. 1:12-CV-1229 (JDB) |

**CONSENT MOTION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM
IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND IN
SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Under Local Rule 5.1(j), the plaintiffs hereby request leave to file under seal an unredacted version of the plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss or for Summary Judgment and In Support of Plaintiffs' Cross-Motion for Summary Judgment, as well as the statement of facts in support thereof. The defendants consent to the present motion. This motion seeks leave to file under seal on the same basis as the defendants' March 22, 2013 Motion to File Under Seal Unredacted Version of Motion and Statement of Facts. Redacted copies of these items are being filed on the public docket today. The redactions are limited to discussions based on the administrative record, which this Court has ordered to be filed under seal. Factual discussions based on the publicly-available pleadings in this matter are not redacted.

As stated in the defendants' March 22nd motion, the Court may order sealing to maintain and protect the privacy of an individual. The Court will consider the following factors when determining whether to seal the record: (1) the need for the public access to the documents; (2) the extent of previous public access to the documents; (3) the fact that

**Motion Exhibit 2**

someone objects to the disclosure and the strength of the claimed interest; (4) the strength of any property or privacy interests asserted; (5) the possibility of prejudice to any party opposing the seal; and (6) the purposes for which documents will be introduced during the judicial proceedings. *United States v. Hubbard*, 650 F.2d 293, 371-22 (D.C. Cir. 1980).

As with the defendants' motion to file under seal, the balance of factors as to the plaintiffs' filings weighs in favor of sealing the unredacted version of the brief to protect the plaintiffs' privacy. Also as noted in the defendants' March 22nd motion, measures already have been taken to protect the plaintiffs' privacy, primarily the sealing of the plaintiffs' non-pseudonymous version of the Complaint. Filing under seal in this case, moreover, does not unduly hinder the public's access to information about the case as redacted versions of these documents will be filed on the public docket. On the whole, the redactions, like the defendants' redactions in their motion to dismiss, are minimized, solely for the purpose of protecting the plaintiffs' privacy.

Based on the foregoing and in the circumstances, the plaintiffs respectfully request that the Court enter an Order allowing the plaintiffs to file under seal an unredacted Memorandum in Opposition to Defendants' Motion to Dismiss or for Summary Judgment and In Support of Plaintiffs' Cross-Motion for Summary Judgment, as well as the supporting statement of facts.

//

//

//

SCHWARTZ & THOMASHOWER LLP

By:   /s/William Thomashower
     William Thomashower (*Pro Hac Vice*)
     Rachel Schwartz
     Carla Sereny
     15 Maiden Lane, Suite 705
     New York, NY 10038-5120
     Tel. 212-227-4300

COBURN & GREENBAUM

By:   /s/Lloyd Liu
     Lloyd Liu
     DC Bar No. 1007075
     Barry Coburn
     DC Bar No. 358020
     1710 Rhode Island Avenue NW
     2nd Floor
     Washington DC 20036
     Tel. 202-657-4490

*Attorneys for Plaintiffs*

JOHN DOE, M.D., PH.D. and
JOHN DOE, M.D., PH.D. P.L.L.C.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JUDITH RODGERS, M.H.A., *et al.*, <br><br> Defendants. | Civil Action No. 1:12-CV-1229 (JDB) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion to File Under Seal an Unredacted Version of the Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss or for Summary Judgment and In Support of Plaintiffs' Cross-Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED;**

It is further **ORDERED** that Plaintiffs may file under seal an unredacted version of the memorandum in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss or for Summary Judgment and In Support of Plaintiffs' Cross-Motion for Summary Judgment, as well as the statement of facts in support thereof.

It is **SO ORDERED** this _____ day of _____ _____, 2013.

_____
United States District Judge