# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Orlando, Florida

JOHN DOE, M.D.,

    Plaintiff,

vs.                               **Case No.:** 6:19-cv-2074-Orl-40LRH

ALEX M. AZAR II, Secretary,
U.S. Department of Health and
Human Services, and his Successors,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

  XX   IS NOT        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: November  8 , 2019

                              /s/ George F. Indest III
                              _____
                              **GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
                              Florida Bar No.: 382426
                              Primary e-mail: GIndest@TheHealthLawFirm.com
                              Secondary e-mail: CourtFilings@TheHealthLawFirm.com
                              TRIAL COUNSEL/LEAD ATTORNEY
                              ATTORNEY TO BE NOTICED
                              **CAROLE C. SCHRIEFER, R.N., J.D.**
                              Florida Bar No.: 835293
                              Primary e-mail: CSchriefer@TheHealthLawFirm.com
                              Secondary e-mail: CourtFilings@TheHealthLawFirm.com

TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ACHAL A. AGGARWAL, J.D., M.B.A.**
Florida Bar No.:  1008038
Primary e-mail:  AAggarwal@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFF**