# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Middle District of Florida

John Doe, M.D.

    Plaintiff(s),

VS.

Alex M. Azar II, as Secretary, U.S. Department of Health and Human Services, and his Successors

    Defendant(s).

Attorney: George F. Indest, III, Esq.

The Health Law Firm
1101 Douglas Ave., #1000
Altamonte Springs Fl 32714



*248363*

**Case Number:** 6:19-cv-02074-PGB-LRH

Legal documents received by Same Day Process Service, Inc. on **11/06/2019** at **5:03 PM** to be served upon **Alex M. Azar, II, Secretary, U.S. Department of Health and Human Services**, at **200 Independence Ave., SW, Washington, DC, 20201**

I, **Harvey Jessup**, swear and affirm that on **November 07, 2019** at **3:09 PM**, I did the following:

Served **Alex M. Azar, II, Secretary, U.S. Department of Health and Human Services**, a government agency by delivering a conformed copy of this **Complaint (Filed on 10-29-2019); Sealed Envelope Containing Exhibits; Summons in a Civil Action (Issued on 11-04-2019); Motion to Seal Exhibits 1, 2, and 3, and to Keep Plaintiff's Identity Confidential (Filed on 10-29-2019); Related Case Order and Track One Notice (Filed on 11-01-2019)Notice of Pendency of Other Actions (Filed on 11-01-2019)** to **Tabitha Caldwell** as **Correspondence Specialist & Authorized Agent** at **200 Independence Ave., SW , Washington, DC 20201** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30's Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Harvey Jessup
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:248363



District of Columbia: SS
Subscribed and Sworn to before me this ___8___ day of __November__, _2019_

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024