UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                     Case No. 6:19-cv-02074-Orl-40LRH

ALEX M. AZAR II, as Secretary, U.S.
Department of Health and Human
Services, and his successors,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.    Aggarwal, Achal A., Counsel for Plaintiff:

        b.    All, Jay, Counsel, United States Department of Health and Human Services;

        c.    Azar II, Alex M., Secretary, United States Department of Health and Human Services;

        d.    Burgess, William, Counsel, United States Department of Health and Human Services;

        e.    Chapa Lopez, Maria, United States Attorney;

  f.  Doe, John, M.D., Plaintiff;[1]

  g.  The Health Law Firm, Counsel for Plaintiff;

  h.  Indest, George F., III, Counsel for Plaintiff;

  i.  Leider, Lance O., Counsel for Plaintiff;

  j.  Schriefer, Carole, C. Counsel for Plaintiff;

  k.  Smart, Adam R., Assistant United States Attorney; and

  l.  United States Department of Health and Human Services.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  John Doe, M.D.   (*See* note 1)

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

---

[1] Plaintiff's true name can be ascertained from the exhibits to the Complaint Plaintiff has requested to file under seal.

Dated: January 7, 2020				Respectfully submitted,

                                              MARIA CHAPA LOPEZ
                                              United States Attorney

By:   */s/ Adam R. Smart*
        Adam R. Smart
        Assistant United States Attorney
        USA No.   195
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7588
        Email:   adam.smart@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

George F. Indest III, Esq.
The Health Law Firm

                                              */s/ Adam R. Smart*
                                              Assistant United States Attorney