UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN DOE, M.D.,**

    **Plaintiff,**

**v.**                                                  **Case No:   6:19-cv-2074-Orl-40LRH**

**ALEX M. AZAR, II ,**

    **Defendant.**

## ORDER

This matter comes before the Court on consideration of the Plaintiff's motion to seal exhibits to the Complaint and proceed anonymously (Doc. 2 (Motion to Seal)). Although the Defendant has recently filed a motion to dismiss (Doc. 9), the Defendant has not responded to the Motion to Seal. Upon consideration of the Motion to Seal, the Court finds that a response will be helpful in resolving the same. Accordingly, it is **ORDERED** that **on or before January 21, 2020**, the Defendant shall file a response to the Motion to Seal (Doc. 2). The Court is not inclined to grant any extensions of this deadline absent exigent circumstances since the Defendant has been aware of the Motion to Seal since November 2019 (Doc. 8).

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2020.

_Leslie R. Hoffman_
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties