**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando, Florida**

JOHN DOE, M.D.,

    Plaintiff,

vs.                                    **No.:**  6:19-cv-02074-PGB-LRH

ALEX M. AZAR II, Secretary, U.S.
Department of Health and Human
Services, and his Successors,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE A THIRTY-TWO (32) PAGE RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

    **COMES NOW** Plaintiff John Doe, M.D., by and through his undersigned counsel, pursuant to Local Rule 3.01(d) and respectfully moves this Court for entry of an Order granting Plaintiff John Doe, M.D., leave to file a thirty-two (32) page response in opposition to Defendant's Motion to Dismiss:

    1.    This is a suit filed by Plaintiff John Doe, M.D., a medical doctor licensed in the state of Florida, against the U.S. Department of Health and Human Services ("Defendant" or "DHHS"), regarding a challenge to and appeal of a confidential adverse report submitted against the Plaintiff to the National Practitioner Data Bank ("NPDB"), which is a system of records maintained and administered by the Defendant.

    2.    On January 6, 2020, Defendant filed a Motion to Dismiss.

    3.    Plaintiff has drafted a Response in Opposition to Defendant's Motion to

Dismiss that is thirty-two (32) pages, which will be filed concurrently with this Motion (pursuant to guidance provided by Judge Paul C. Byron's Courtroom Deputy).

4. The Motion to Dismiss raises a number of complicated legal arguments to which Plaintiff must respond. This case is set for Track One and will likely be decided on the pleadings and motions that are filed with the Court. As such, it is essential to Plaintiff's case that he be permitted to fully and completely respond to all arguments raised in the Motion to Dismiss. The page limit prejudices the Plaintiff by preventing the Plaintiff from fully presenting his case.

5. No party will be prejudiced by an Order granting Plaintiff leave to file a responsive motion that exceeds the page limit.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff Dr. Doe requests this Court enter an Order granting Plaintiff leave to file a thirty-two (32) page response in opposition to Defendant's Motion to Dismiss.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel certifies that a good faith conference has been had between Achal A. Aggarwal, counsel for Plaintiff, and opposing counsel Adam R. Smart, Esquire, Assistant U.S. Attorney, regarding this motion. Mr. Smart stated that he is unopposed to the relief requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, this 18th day of February 2020.

/s/ George F. Indest III
_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ACHAL A. AGGARWAL, J.D., M.B.A.**
Florida Bar No.: 1008038
Primary e-mail: AAggarwal@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFF**