UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, M.D.,

Plaintiff,

v. Case No. 6:19-cv-02074-Orl-40LRH

ALEX M. AZAR II, as Secretary, U.S. Department of Health and Human Services, and his successors,

Defendant.
____________________________________/

**NOTICE OF FILING CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to this Court's Order of June 10, 2020 (Doc. 30), Defendant, the Secretary of the United States Department of Health and Human Services ("HHS"), by and through their undersigned counsel, hereby provides notice that on the below date, Defendant filed under seal the certified administrative record, Bates numbered 001 – 132, with the Court.

Defendant also served a copy of the certified administrative record on Plaintiff via first class mail addressed as follows:

GEORGE F. INDEST III
CAROLE C. SCHRIEFER
LANCE O. LEIDER
ACHAL A. AGGARWAL
THE HEALTH LAW FIRM
1101 Douglas Avenue
Altamonte Springs, Florida 32714

//

Dated: June 17, 2020

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Adam R. Smart*
Adam R. Smart
Assistant United States Attorney
USA No. 195
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: Adam.Smart@usdoj.gov