UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, M.D.,

      Plaintiff,

v.                                                                          Case No. 6:19-cv-02074-Orl-40LRH

ALEX M. AZAR II, as Secretary, U.S.
Department of Health and Human
Services, and his successors,

      Defendant.

_____/

## NOTICE OF SUBMISSION OF PROPOSED BREIFING SCHEDULE

COMES NOW Defendant, by and through the undersigned Assistant United States Attorney, and in response to the Court's Order of August 3, 2020, Doc. 33, and submits a proposed briefing schedule on the remaining APA claim in the above captioned matter.   The schedule is not being submitted jointly because Plaintiff has informed undersigned that he objects to setting a briefing schedule and has requested that the following statement be included in the submission:

"Plaintiff objects to the setting of a briefing schedule as it intends to file, within seven days, motion for leave to file an amended complaint adding additional parties and retracking the case to Track 2."

### Defendant's Proposed Schedule

As an APA case seeking review of the Secretary's decision it is decided on cross-motions for summary judgment, not under normal summary judgment standards, but rather as a "mechanism for deciding, as a matter of law, whether the agency action is supported by

the administrative record and otherwise consistent with the standard of review." *St. Johns Riverkeeper, Inc. v. United States Army Corps of Engineers*, No. 3:17-CV-398-J-34MCR, 2020 WL 2735208, at *5 (M.D. Fla. May 26, 2020).   Defendant proposes the following briefing schedule for the cross-motions:

Plaintiff's opening motion (25 pages) – due on or before October 7, 2020.

Defendant's combined cross-motion/response (25 pages) – due on or before November 4, 2020.

Plaintiff's combined response/reply (20 pages) – due on or before November 25, 2020.

Defendant's reply (15 pages) - due on or before December 9, 2020.[1]

### Defendant's Response to Plaintiff's Objection

Defendant will respond to Plaintiff's forthcoming motion to amend and request to convert case to Track 2 once filed; however, the gist of the matter is that Plaintiff will seek to add new claims against Palmetto General Hospital.   Any claims he may seek to bring against the hospital are not a basis to stop or delay the briefing on the APA claim as the certified administrative record has already been submitted to the Court, and any claims against the hospital are irrelevant to resolution of the APA claim against the Secretary.   Moreover, because, except in exceptional circumstances not present here, discovery is not permitted as to the Secretary in an APA action, *see Alabama-Tombigbee Rivers Coal. v. Norton*, No. CIV.A.CV-01-S-0194-S, 2002 WL 227032, at *3 (N.D. Ala. Jan. 29, 2002), the potential for

---

[1] Undersigned counsel shared this proposed schedule (including the page limits) with Plaintiff prior to this filing.   Plaintiff did not comment on the specifics of the schedule, only providing the objection to a schedule at all as stated above.

discovery and a later trial setting with respect to any claim against the hospital are of no moment to the briefing schedule on the APA claim.[2]   Accordingly, Plaintiff's forthcoming motion is no reason to avoid setting a briefing schedule on the APA claim against the Secretary, and the Secretary requests the Court enter the schedule as set forth above.

Dated:   August 7, 2020                                          Respectfully submitted,

                                                                             MARIA CHAPA LOPEZ
                                                                             United States Attorney

                                                            By:      /s/ Adam R. Smart
                                                                             Adam R. Smart
                                                                             Assistant United States Attorney
                                                                             USA No.   195
                                                                             400 W. Washington Street, Suite 3100
                                                                             Orlando, Florida 32801
                                                                             Telephone: (407) 648-7500
                                                                             Facsimile: (407) 648-7588
                                                                             Email:   adam.smart@usdoj.gov

---

[2] Undersigned counsel has represented federal agencies in other cases with APA claims where non-governmental co-defendants were also involved.   In those cases the plaintiff and the federal defendant proceeded with their briefing on the APA claim, while the other defendants and plaintiff proceeded with discovery and the rest of the case without regard to the APA claim.