## EXHIBIT INDEX

| Number | Title |
|---|---|
| Exhibit 1 | Adverse Report submitted to and maintained by NPDB (CONFIDENTIAL - Filed under seal) |
| Exhibit 2 | Dispute Resolution Decision by DHHS dated July 31, 2018 (CONFIDENTIAL - Filed under seal) |
| Exhibit 3 | Dispute Resolution Reconsideration Decision by DHHS dated March 28, 2019 (CONFIDENTIAL - Filed under seal) |
| Exhibit 4 | U.S. DHHS, Health Resources and Services Administration, NPDB Guidebook (Rockville, Mary, April 2015) (excerpts) |