UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                                    Case No:  6:19-cv-2074-Orl-40LRH

ALEX M. AZAR, II,

    Defendant.
_____/

## SCHEDULING ORDER

This case is before the Court upon the proposed briefing schedule filed on August 7, 2020 (Doc. 34). The Court sets forth the following deadlines for Plaintiff and the Federal Defendant:

**Plaintiff's Opening Motion:** October 7, 2020

**Defendant's Combined Cross-Motion/Response:** November 4, 2020

**Plaintiff's Combined Response/Reply:** November 25, 2020

**Defendant's Reply:** December 9, 2020

**DONE AND ORDERED** in Orlando, Florida on August 19, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties