IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando, Florida

JOHN DOE, M.D.,

      Plaintiff,

vs.                                      **Case No.:**  6:19-cv-02074-PGB-LRH

ALEX M. AZAR II, Secretary, U.S.
Department of Health and Human Services,
and his Successors,

      Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS

## AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

      1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

      George F. Indest, Esquire, counsel for Plaintiff
      Carole C. Schriefer, Esquire, counsel for Plaintiff
      Lance O. Leider, Esquire, counsel for Plaintiff
      Achal A. Aggarwal, Esquire, counsel for Plaintiff
      The Health Law Firm, P.A.
      John Doe, M.D., Plaintiff
      Alex M Azar II, Defendant
      U.S. Department of Health and Human Services, Defendant
      National Practitioner Data Bank

        Lifemark Hospitals of Florida, Defendant
        Palmetto General Hospital, Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

    None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution.

    John Doe, M.D.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

6. I certify that I will serve a copy of this Certificate of Interested Persons and Corporate Disclosure Statement upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, this __3rd__ day of September 2020.

/s/ George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ACHAL A. AGGARWAL, J.D., M.B.A.**
Florida Bar No.:  1008038
Primary e-mail:  AAggarwal@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFF**
**JOHN DOE, M.D.**

GFI/pa
S:\1700-2299\2335-R\002-A\410-Pleadings-Drafts & Finals\Certificate of Interested Persons-1.wpd