UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                                       Case No. 6:19-cv-02074-Orl-40LRH

ALEX M. AZAR II, as Secretary, U.S.
Department of Health and Human
Services, and his successors, *et al.*

    Defendants.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, John Doe, M.D., and the Federal Defendant, the Secretary of the United States Department of Health and Human Services, hereby stipulate that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees.  Because Defendant Lifemark Hospitals of Florida, Inc. d/b/a Palmetto General Hospital has yet to appear in the action, their signature is not necessary for this stipulation to be effective.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated  September 23, 2020.

                                          Respectfully submitted,

                                          MARIA CHAPA LOPEZ
                                          United States Attorney

             By:    */s/ Adam R. Smart*
                    ADAM R. SMART
                    Assistant United States Attorney
                    USAO No. 195
                    400 W. Washington St., Ste. 3100
                    Orlando, Florida  32801

Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: adam.smart@usdoj.gov
**Attorneys for the Federal Defendant**

/s/ Lance O. Leider
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail:
CSchriefer@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ACHAL A. AGGARWAL, J.D., M.B.A.**
Florida Bar No.: 1008038
Primary e-mail:
AAggarwal@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Ste. 1000
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFF
JOHN DOE, M.D.**