**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE, M.D.,

        Plaintiff,

v.                                  Case No:  6:19-cv-2074-Orl-40LRH

ALEX M. AZAR, II  and LIFEMARK
HOSPITALS OF FLORIDA, INC.,

        Defendants.

_____/

## ORDER

    This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed September 23, 2020. (Doc. 45). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Alex M. Azar, II, and Lifemark Hospitals of Florida, Inc.,[1] are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **DONE AND ORDERED** in Orlando, Florida on September 24, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

---

[1] Because Defendant Lifemark Hospitals of Florida, Inc., has yet to appear, their signature is not necessary for the stipulation to be effective. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Copies furnished to:

Counsel of Record
Unrepresented Parties